1   John G. Schultz
2   Leavy, Schultz, Davis & Fearing, P.S.
    2415 West Falls Avenue
3   Kennewick, WA 99336
4   (509) 736-1330
    Attorneys for Plaintiffs
5

6                  UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF WASHINGTON
8

9
    DARRELL LADOW; MULENNIUM          )
10  EQUIPMENT, INC.,                  )
11                                    )
         Plaintiffs,                  )      NO.
12                                    )
13  vs.                              )      **COMPLAINT**
14                                    )
    THE UNITED STATES OF AMERICA      )
15  and its agency, THE DEPARTMENT OF )
    ENERGY and THE BONNEVILLE         )
16  POWER ADMINISTRATION.             )
17                                    )
18                                    )
         Defendants                   )
19                                    )
20

21       COMES NOW the plaintiffs above named, and for claim for relief allege as

22  follows:

23
    I.      That the plaintiff, Darrell Ladow, is a resident of Benton County, State of
24
25  Washington; that Mulennium Equipment, Inc., is a Washington Corporation,

26  has paid all license fees, and is authorized to bring this action.
27
    II.     That this claim arises as a result of a motor vehicle collision that occurred
28

**Leavy, Schultz, Davis & Fearing, P.S.**
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580

Complaint-Page 1

1
2    on the 28ᵗʰ day of January, 2008 at approximately 2:45 p.m., halfway

3    between Touchet and Walla Walla Junction on Highway 12 in Walla Walla
4
5    County, Washington.

6    III.    That a motor vehicle owned by the Bonneville Power Administration was

7    being driven at the time of the incident by an employee of the Bonneville
8
9    Power Administration, Joseph Yegge.

10   IV.    That Joseph Yegge lost control of his vehicle and swerved from the right to
11
12   the left on the highway, and then crossed the centerline and crashed head-on

13   into a motor vehicle being driven by plaintiff Darrell Ladow; that the motor
14
15   vehicle being driven by Darrell Ladow was owned by Mulennium

16   Equipment, Inc.

17   V.    That Darrell Ladow has incurred medical expenses in the sum of $11,686.30,
18
19   and seeks General Damages in accordance with the claim filed against the

20   Bonneville Power Administration.

21   VI.    That the 1994 Kenworth Truck owned by Mulennium Equipment, Inc., was
22
23   totaled (value of $24,500), that the trailer was damaged in the amount of

24   $7,028.52, and the down time of the company was $28,590.38.
25
26   VII.    That both Darrell Ladow and Mulennium Equipment, Inc., have filed claims

27   against the Bonneville Power Administration; that said claims have been
28

Leavy, Schultz, Davis & Fearing, P.S.
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580

Complaint-Page 2

1

2

perfected, but the claims have not been honored, although they are due,

3

owing, and unpaid.

4

WHEREFORE, plaintiffs pray as follows:

5

6

1.    Darrell Ladow seeks his medical expenses and general damages in

7

accordance with the claim filed with the Bonneville Power Administration.

8

9

2.    Mulennium Equipment, Inc., seeks the value of the loss of its vehicle,

10

damages to its trailer, and down time.

11

3.    Both plaintiffs seek such amounts as are established at the time of trial.

12

13

4.    Both plaintiffs seek costs and disbursements as allowed by law.

14

5.    And for such other and further relief as to the court may seem necessary and

15

proper.

16

17

DATED this16th day of March, 2009.

18

                              s\ John G. Schultz

19

                              John G. Schultz, WSBA # 776

20

                              Attorney for WILLIAM G. BROWNFIELD and JANET H.
                              BROWNFIELD

21

                              Leavy, Schultz, Davis & Fearing, P.S.

22

                              2415 West Falls Avenue, Kennewick WA 99336

23

                              Phone: (509) 736-1330
                              Fax: (509) 736-1580

24

                              jschultz@tricitylaw.com

25

26

27

28

Complaint-Page 3

CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2009, I electronically filed the above document with the Clerk of the Court using the CM/ECF System.

DATED this 16th day of March, 2009.

> s\ John G. Schultz
> John G. Schultz, WSBA # 776
> Attorney for Darrell Ladow and Mulennium Equipment, Inc.
> Leavy, Schultz, Davis & Fearing, P.S.
> 2415 West Falls Avenue, Kennewick WA 99336
> Phone: (509) 736-1330
> Fax: (509) 736-1580
> jschultz@tricitylaw.com

Leavy, Schultz, Davis & Fearing, P.S.
2415 W. Falls
Kennewick, WA 99336
(509) 736-1330
Fax: (509) 736-1580