1
2
3
4
5
6
7
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRELL LADOW; MULENNIUM EQUIPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA and its agency, THE DEPARTMENT OF ENERGY, and THE BONNEVILLE POWER ADMINISTRATION, <br><br> Defendants. | NO. CV-09-5020-RHW <br><br> **ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL** |

Before the Court is the parties' Joint Motion for Order of Dismissal (Ct. Rec. 56). The motion was heard without oral argument.

The parties indicate that they have resolved this case and ask the Court to dismiss the Complaint with prejudice. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion for Order of Dismissal (Ct. Rec. 56) is **GRANTED**.

2. The above-captioned Complaint is **dismissed**, with prejudice.

///
///
///

**ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  enter this order, furnish copies to counsel, and **close the file**.
3  **DATED** this 31st day of August, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Ladow\dismiss.wpd

**ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL ~ 2**